# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

RECEIVED
JUL 31 2008

JUL 31 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Francine Yates,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **ABC News, WLS-TV** ) | 08cv4363 |
| **CBS News, WBBM-TV** ) | JUDGE KENNELLY |
| **NBC News, WMAQ-TV** ) | MAG. JUDGE KEYS |
| **Fox News, WFLD-TV** ) | |
| **The Chicago Sun-Times** ) | |
| **The Chicago Tribune/Redeye** ) | |
| **CNN News** ) | |
| **WGN 9 Chicago's CW** ) | |
| **The Oprah Winfrey Show** ) | |
| **The Chicago Transit Authority** ) | |
| **The City of Chicago** ) | |
| **The State of Illinois,** ) | |
| ) | |
| Defendants. ) | |

Complaint for Plaintiff – Francine Yates

Francine Yates
14114 S. Edbrooke Avenue
Chicago, IL  60827
(312) 351-5635
Pro Se

# POINTS AND AUTHORITIES

*720 ILCS 5/31-4*……………………………………………………………………………………………5

*775 ILCS 5/6-101 Part (B)*………………………………………………………………………………6

*720 ILCS 5/33-1)*…………………………………………………………………………………………6

*775 ILCS 5/1-102 Parts A, E, F, G, H*…………………………………………………………………10

*775 ILCS 5/6-101(A)(2006)*……………………………………………………………………………11

## CASE LAW

*Jennings v. Southwood, 446 Mich. 125, 521 N.W.2d 230 (1994)*……………………………………2

*H.R. 985*………………………………………………………………………………………………………7

*Francine Yates v. The Chicago Transit Authority 2004CF2159, 21BA41078.*………………………8

*Francine Yates v. The Illinois Department of Human Rights, The Chief Legal Counsel, The Chicago Transit Authority 06-3107.*………………………………………………………………………8

## TABLES

*Table of Homelessness Statistics*………………………………………………………………………9

## I. BACKGROUND

Francine Yates is a young woman with promise, purpose and destiny. Because she refused to participate in wrongdoing within the Chicago Transit Authority, she was alienated, rejected and ostracized. As a result, the plaintiff, Francine Y., engaged in the protected activities of opposing unlawful discrimination in 2004, 2006, and 2007 against the Chicago Transit Authority, the City of Chicago and the State of Illinois. Because she fought for her civil rights, the plaintiff was conspired against by Mayor Richard Daley and his entourage in an effort to remove her from the Chicago Transit Authority because they were protecting their own selfish interests. However, when Ronald Huberman became the President of the CTA, he read the plaintiff's appellate brief and calculated the damages which were owed to her. Because the damages were huge, Ronald Huberman, Mayor Richard Daley and Rod Blagoevich conspired and decided to offer the plaintiff a sizable settlement which required her to attach millions of dollars to her portion of the settlement in an effort to embezzle money for them. They also wanted the plaintiff to either wire the money into a bank account in a remote, off-shore location or hold onto their embezzled portion within her private accounts.   The plaintiff, Francine Y. was without legal representation, which means she filed her case in a Pro Se status without an attorney. This accounts for another reason why the defendants took advantage of the plaintiff.

Because Mayor Richard Daley, Ronald Huberman and Governor Rod Blajoevich were bound with a spirit of greed and became extremely desperate, they made a very dumb mistake by asking the plaintiff to engage in fraud. After they tried to annihilate her, they changed plans and decided to use filthy lucre as an effective remedy to pacify the

plaintiff's humiliation, shame and disgrace. Because the plaintiff's oppression became so great, someone helped her by providing her with a contact number for the Federal Bureau of Investigations under the direction of Patrick Fitzgerald's office. The plaintiff contacted his office on June 13, 2008.

The Media and the Oprah Winfrey Show's involvement in this case originated from the fact that they were coerced through willful indifference, conscious indifference and wantonness on behalf of Mayor Richard Daley and his entourage. Francine Y. disclosed to the media and the Oprah Winfrey Show the fact she was being harassed, retaliated against and coerced into embezzling money out of claim funds by Ronald Huberman, CTA's President and Mayor Richard Daley. In *Jennings v. Southwood, 446 Mich. 125, 521 N.W.2d 230 (1994).,* the Supreme Court was asked to interpret the term "willful misconduct." The Court noted in passing that it is unfortunate that the judiciary and the Legislature have used the phrase "willful and wanton misconduct," as opposed to "willful or wanton misconduct" but concluded that the phrases "willful misconduct" and "willful and wanton misconduct" possess distinct meanings. The term "willful" requires a finding of actual intent to harm, the Court concluded, while the term "wanton" is an intent inferred from reckless conduct. Throughout this entire ordeal, Mayor Daley's intent was to actually inflict harm on the plaintiff and the intent was wanton because the plaintiff suffered great harm and sustained many damages at his hands.

Mayor Richard Daley and his entourage have consistently throughout time been personified as being "THE MAFIA." Because many individuals have perceived them as such, they have been coerced into breaking laws, aiding, abetting, impeding and obstructing justice. While many have been paid, bribed and threatened, others have

2

surrendered their unannounced, active, and willful participation. Individuals have cringed at the thought and sound of Mayor Richard Daley's name. Some even hide from his presence. However, this innate perpetual fear that resides in the minds and hearts of these individuals is in and of itself a "false fear."

## II. ARGUMENT AND DISCUSSION

### Charge A: Aiding, Abetting, and Obstructing Jusitice

The plaintiff; Francine Y. complained to the media as well as the Oprah Winfrey Show about the harassment, sexual harassment and retaliation that she was experiencing at the hands of Ronald Huberman and Mayor Richard Daley. She explained that that retaliation was the result of not willing to actively engage in fraud at the request of her harassers. The plaintiff mentioned that a female Chicago police officer was sent to follow, watch and harass her. She also reported to the media the fact that she was living in a homeless shelter.

The plaintiff's first attempt to gain help from the media was the fact that she gave a handwritten letter sealed in an interoffice envelope to one of ABC's mail personnel via their Lake Street mail deposit entrance in October of 2007. The letter was addressed to Mike; the weatherman, for ABC News. The plaintiff's request for help was ignored. On March 31, 2008, the plaintiff emailed The Chicago Tribune through their Redeye website email contact and the Chicago Sun-Times via their internet email contact as well. The plaintiff did not receive any response but was intentionally ignored. On April 4, 2008, the plaintiff contacted ABC News, CBS News, NBC News and FOX News. Again, the plaintiff was ignored. The plaintiff contacted WGN News on April 7, 2008. She did not

3

receive a response from WGN.  On April 9, 2008, the plaintiff contacted CNN and the Oprah Winfrey Show via their website emails.  Francine Y. was ignored again.

The media was in a position of power to help the defendant by reporting the fraud and fraudulent activities to the FBI, yet they remained reluctant and uncooperative.  This is evident because the plaintiff was never contacted by the media and the defendants took no action which substantially helped the plaintiff to alleviate the retaliation or bring injunctive relief to her.  Also, the media had prior knowledge that Mayor Daley and his entire administration was currently under investigation by the United States Federal government. Instead, they remained willfully and consciously indifferent by ignoring the plaintiff's request for help.

Mayor Daley often uses his political influence and the fact that he has been personified as being "THE MAFIA" in order to sensor the media.  This is evident because in January 2008, the plaintiff was in the process of having two wisdom teeth pulled.  Ronald Huberman gained illegal access to the plaintiff's medical records from Stroger's Hospital. As an act of harassment and retaliation, Ronald Huberman and Mayor Richard Daley contacted the Chicago Tribune's Redeye personnel in an effort to rerun two past ads. One ad which was reprinted discussed a black woman dying after visiting a dentist on the North side in order to have a root canal performed.  The other ad featured a story about a dentist giving a little black girl too much anesthesia which caused her to die.  These stories were reprinted in an effort to harass the plaintiff and they were also used as scare tactics to coerce Francine Y. into engaging in fraud.

4

Another example of Mayor Richard Daley and Ronald Huberman's use of influence and coercion to sensor the media is the fact that the Redeye printed a caption on Mayor Daley's chest in a picture that featured him between December 2007 and January 2008. The caption stated that someone sent Mayor Daley, Todd Stroger, John Daley and two aldermen some white powder in an envelope. The caption stated the white powder was talcum powder. Ronald Huberman was joking and harassing the plaintiff because a woman living in the same shelter as the plaintiff, decided to aid and abet by reporting on the plaintiff. This woman's sister works for the CTA and she has been trying to desperately become employed with the CTA. These facts alone gave the woman motive to conspire against the plaintiff. When this woman found out that Ronald Huberman had a physical attraction toward Francine Y., she became jealous and tried to make it seem like the plaintiff had a hygiene problem because of her impacted wisdom tooth. As a result, Huberman started harassing the plaintiff via email in the form of junk mail about having bad breath and yellow teeth. The plaintiff emailed him back because she knew that this woman was keeping her under surveillance and reporting on her. The plaintiff asked Ronald in the email if this woman had told him about her funky feet and the fact that she uses powder to calm down the funk. After the plaintiff sent Ronald Huberman the email, he kept responding by sending the plaintiff emails stating: "Let's talk Passion, Let's talk Power, Let's talk Powder." This was a piece of junk mail about going skiing in Colorado; however, Ronald made it into an offensive joke, in the form of harassment and retaliation, referencing funky feet.

*720 ILCS 5/31-4 Obstructing Justice.* A person obstructs justice when, with intent to prevent the apprehension or obstruct the prosecution or defense of any person, he

knowingly commits any of the following acts:    (a) Destroys, alters, conceals or disguises physical evidence, plants false evidence, furnishes false information. *775 ILCS 5/6-101 Part (B) Aiding and Abetting, Coercion.* It is illegal to aid, abet, compel or coerce a person to commit any violation of the Human Rights Act. *720 ILCS 5/33-1) Section 33-1. Bribery.* A    person    commits    bribery    when: (a) With intent to influence the performance of any act related to the employment or function of any public officer, public employee, juror or witness, he promises or tenders to that person any property or personal advantage which he is not authorized by law to accept; or  (b) With intent to influence the performance of any act related to the emmployment or function of any public officer, public employee, juror or witness, he promises or tenders to one whom he believes to be a public officer, public employee, juror or witness, any property or personal advantage which a public officer, public employee, juror or witness would not be authorized by law to accept; or  (c) With intent to cause any person to influence the performance of any act related to the employment or function of any public officer, public employee, juror or witness, he promises or tenders to that person any property or personal advantage which he is not authorized by law to accept; or (d) He receives, retains or agrees to accept any property or personal advantage which he is not authorized by law to accept knowing that such property or personal advantage was promised or tendered with intent to cause him to influence the performance of any act related to the employment or function of any public officer, public employee, juror or witness; or  (e) He solicits, receives, retains, or agrees to accept any property or personal advantage pursuant to an understanding that he shall improperly influence or attempt to influence the performance of any act related to the employment or

6

function of any public officer, public employee, juror or witness. (f) Sentence. Bribery is a Class 2 felony.

## *Charge B: Retaliation/Basis: For Whistle Blowing & Being Homeless*

The Whistleblower Enhancement Protection Act of 2007 prohibits retaliation against public employees who report official wrongdoing. Francine Y. was an employee with the Chicago Transit Authority in their Capital Investment Department until she was fraudulently separated from service for opposing unlawful discrimination. The Whistleblower Act states that "a state or local government entity may not suspend or terminate the employment of, or take other adverse personnel action against, a public employee who in good faith reports a violation of law by the employing governmental entity or another public employee to an appropriate law enforcement authority." The plaintiff; Francine Y., is seeking protection under the Whistleblower Act because she reported fraudulent wrongdoing on behalf of the Chicago Transit Authority, the City of Chicago and the State of Illinois. *H.R. 985*

A federal agency violates the Whistleblower Protection Act if it takes or fails to take (or threatens to take or fail to take) a personnel action with respect to any employee or applicant because of any disclosure of information by the employee or applicant that he or she reasonably believes evidences a violation of a law, rule or regulation; gross mismanagement; gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety.

In 2004, 2006 and 2007, the plaintiff; Francine Y. engaged in the protected activities of opposing unlawful employment discrimination through judicial proceedings. Also, in

7

October 2007, March 31, 2008 April 7, 2008 and April 9, 2008, the plaintiff engaged in the protected activity of complaining about fraud and embezzlement to the Media. Each time Francine Y. complained to the media, she was intentionally ignored. This amounts to four separate and distinct counts of retaliation inflicted upon the plaintiff by the defendants. Lastly, on June 13, 2008, the plaintiff engaged in the protected activity of complaining about fraud, embezzlement and coercion to the FBI under the direction of Patrick Fitzgerald's office. The media had a fiduciary responsibility and duty to fully investigate the complaint, report the fraud to the appropriate authorities and print the plaintiff's story. The media was also aware of the fact that Mayor Richard Daley and his entire administration was currently under investigation by the United States Federal government. The plaintiff was ignored each time she contacted the media. However, the media remained willfully and consciously indifferent, which is also a form of aiding, abetting and obstructing justice. Their willful indifference is also an act of fraud. The media's adverse actions followed the plaintiff's protected activities within such a reasonable period of time which directly raises the inference of retaliatory motivation. *Francine Yates v. The Chicago Transit Authority, 2004CF2159 21BA41078, Francine Yates v. The Illinois Department of Human Rights, The Chef Legal Counsel, The Illinois Dept. of Human Rights 1-06-3107.*

Also, the plaintiff disclosed the fact that she belonged to the disadvantaged group of homelessness when she reported the fraud. This disadvantaged group is rapidly growing because the economy within the United States is experiencing a lengthy, cumbersome recession. As a result, the disadvantaged group of homelessness has grown to encompass individuals from all walks of life. In addition to being homeless, the plaintiff

8

was suffering from two mental illnesses. Those mental illnesses are major depression and anxiety. Francine Y. was also a single, female African-American woman who had no legal representation.

Over the past eight years, advocates and homeless shelter workers from around the country have received news reports of men, women and even children being harassed, kicked, set on fire, beaten to death, and even decapitated. From 1999 through 2006, there have been 614 acts of violence by housed people, resulting in 189 murders of homeless people and 425 victims of non-lethal violence in 200 cities from 44 states and Puerto Rico. Most hate crimes/violent acts against the homeless are committed not by organized hate groups, but by individual citizens who harbor a strong resentment against a certain group of people. Some are "mission offenders," who believe they are on a mission to cleanse the world of a particular evil. Others are "scapegoat offenders," who violently act out their resentment toward the perceived growing economic power of a particular racial or ethnic group. Still others are "thrill seekers," those who take advantage of a vulnerable and disadvantaged group in order to satisfy their own pleasures. Thrill seekers; ordinary citizens, are the most common perpetrators of violence against people who are homeless.



9

[1]EIGHT YEARS ANALYSIS (1999—2006) HATE CRIMES / VIOLENCE STATISTICS

Total number of violent acts over 8 years: 614
Total number of deaths over 8 years: 189
Total number of non-lethal attacks over 8 years: 425
Number of cities where crimes occurred over 8 years: 200
Number of states where crimes occurred over 8 years: 44 states plus Puerto Rico
Age ranges of the accused/convicted: from 11 to 75 years of age
Age ranges of the victims: from 4 months old to 74 years of age
Gender of victims: Male: 359    Female: 48

**Title I of the American with Disabilities Act** states that it is unlawful to retaliate against an individual for opposing employment practices that discriminate based on disability or for filing a discrimination charge, testifying, or participating in any way in an investigation, proceeding or litigation under the Americans with Disabilities Act.

**The Illinois Human Rights Act** *(775 ILCS 5/1-102)* states that it is the public policy of the state of Illinois for: **(A) Freedom from Unlawful Discrimination.** To secure for all individuals within Illinois the freedom from discrimination against any individual because of his or her race, color, religion, sex, national origin, ancestry, age, marital status, physical or mental disability, military status, sexual orientation, or unfavorable discharge from military service in connection with employment, real estate transactions, access to financial credit, and the availability of public accommodations. **(E) Public Health, Welfare and Safety.** To promote the public health, welfare and safety by protecting the interest of all people in Illinois in maintaining personal dignity, in realizing their full productive capacities, and in furthering their interests, rights and privileges as citizens of this State. **(F) Implementation of Constitutional Guarantees.** To secure and guarantee the rights established by Sections 17, 18 and 19 of Article I of the Illinois

---

[1]Anti-Defamation League, http://www.adl.org/legislative_action/hatecrimes_briefing.html
Leadership Conference on Civil Rights, www.civilrights.org
Anti-Defamation League, http://www.adl.org/legislative_action/hatecrimes_briefing.html

Constitution of 1970. **(G) Equal Opportunity, Affirmative Action.** To establish Equal Opportunity and Affirmative Action as the policies of this State in all of its decisions, programs and activities, and to assure that all State departments, boards, commissions and instrumentalities rigorously take affirmative action to provide equality of opportunity and eliminate the effects of past discrimination in the internal affairs of State government and in their relations with the public. **(H) Unfounded Charges.** To protect citizens of this State against unfounded charges of unlawful discrimination, sexual harassment in employment and sexual harassment in higher education, and discrimination based on citizenship status in employment.

**The 1970 Illinois Constitution, Article I, Section 20: Individual Dignity** To promote individual dignity, communications that portray criminality, depravity or lack of virtue in, or that incite violence, hatred, abuse or hostility toward, a person or group of persons by reason of or by reference to religious, racial, ethnic, national or regional affiliation are condemned.

The **Title VII Civil Rights Act of 1964** states that an employer may not fire, demote, harass or otherwise "retaliate" against an individual for filing a charge of discrimination, participating in a discrimination proceeding, or otherwise opposing unlawful discrimination. Retaliation occurs when an employer, employment agency, or labor organization takes an adverse action against a covered individual because he or she engaged in protected activities. *775 ILCS 5/6-101(A)(2006). (See Exhibits A-B)*

11

## III. CONCLUSION

The plaintiff; Francine Y., was intentionally discriminated against by the Media because she opposed unlawful discrimination.   The media's intent to do so was reckless, malicious and overwhelmingly destructive. They knew the plaintiff was a homeless. She was also without effective legal representation.   The media took advantage of the situation just the way the Chicago Transit Authority, the City of Chicago and the State of Illinois did.   However, the plaintiff took a stand in the face of adversity and opposed unlawful discrimination, enduring a great deal of persecution. The Media was in a position of power to help the plaintiff; however, they chose to break the law by intentionally ignoring the plaintiff's complaints, violating her rights, aiding, abetting and obstructing justice.   This case should be an embarrassment, a shame and a disgrace to ABC, NBC, FOX, CBS, WGN, CNN, The Chicago Tribune, The Chicago Sun-Times and the Ophrah Winfrey Show because some of America's prime sources of resourceful information chose to deliberately ignore one black woman's cry for help and justice. Francine Y.; the plaintiff, is asking for a summary judgment to be rendered in favor of the plaintiff with no appeals granted on behalf of the defendants. The plaintiff is also seeking relief from the district court in the form of the following remedies:  injunctive relief, all harassers to be disciplined and separated from service, damages for mental anguish/mental cruelty, psychological & emotional pain from suffering, shame, indignity, disgrace, embarrassment, humiliation, demoralization, anger, discomfort, inconvenience, delay, worry, distress, anxiety, stress, malice, oppression, conscious indifference, willful indifference, deep depression, homelessness & side affects, feelings of sorrow, torment, powerlessness and exclusion, future continued indefinite suffering, damages for

12

intentional infliction of emotional and mental distress, damages for negligent intentional infliction of emotional and mental distress, damages for a diminished quality of life, loss of opportunity potential, attorney fees, expert witness fees, punitive damages, pecuniary/non-pecuniary damages, all actions enabling the plaintiff to be made whole, all other compensatory damages.

## PROOF OF SERVICE

I, the undersigned plaintiff, certify that on the _____ day of _____, _____, I served a copy of this _____ to each person to whom it is directed by way of
_____.

ABC News, WLS-TV
Attn: Legal Department
190 N. State Street
Chicago, IL 60601

CBS News, WBBM-TV
Attn: Legal Department
630 N. McClurg Court
Chicago, IL 60611

NBC 5 Chicago, WMAQ-TV
Attn: Legal Department
454 N. Columbus Drive
Chicago, IL 60611

WGN 9 Chicago's CW
Attn: Legal Department
2501 W. Bradley Place
Chicago, IL 60618-4718

The Chicago Tribune/Redeye
Attn: Legal Department
435 N. Michigan Avenue
Chicago, IL 60611

The Chicago Sun-Times
Attn: Legal Department
350 N. Orleans Street, 10th Floor
Chicago, IL 60654

The Chicago Transit Authority
Attn: Ronald Huberman
567 W. Lake Street
Chicago, IL 60661

The City of Chicago
Attn: Mayor Richard Daley
121 N. Lasalle Street
Chicago, IL 60602

The State of Illinois
Attn: Rod Blajeovich
100 W. Randolph Avenue
Chicago, IL 60602

CNN News
Attn: Legal Department
190 Marietta St. NW
Atlanta, GA 30303-2762

The Oprah Winfrey Show
Attn: Oprah Winfrey
1058 W. Washington Blvd.
Chicago, IL 60607

FOX News WFLD-TV
Attn: Legal Department
205 N. Michigan Avenue
Chicago, IL 60601

Francine Yates, Pro Se
14114 S. Edbrooke Avenue
Riverdale, IL 60827
(312) 351-5635

**APPENDIX**

Yahoo!    My Yahoo!    Mail    More        **Make Y! My Home Page**    **Hi, beyondtheregular**    Sign Out    All-New Mail

Help

# YAHOO! MAIL
Classic

Search    **WEB SEARCH**

**TRAVELERS**    on car insurance.    It's smarter under the red umbrella.

| **Mail** | **Contacts** | **Calendar** | **Notepad** | **What's New?** | **Mobile Mail** | **Options** |

**Check Mail**    **Compose**        **Search Mail**    **Search the Web**

See your credit score - free

**Folders**    [Add - Edit]

**Inbox (41464)**

Drafts (4)

**Sent**

Spam (10012)    [Empty]

Trash    [Empty]

**Search Shortcuts**

My Photos

My Attachments

ADVERTISEMENT

**Free Checking**
★ from Bank of America ★
**Open an Account**
S.........

**Bank of America**    MEMBER FDIC

Previous | Next | Back to Messages        Mark as Unread |    Print

**Delete**    **Reply ▼**    **Forward**    **Move... ▼**

**Fw: breaking news**        Wednesday, April 9, 2008 9:17 AM

**From:** "franki yates" <beyondtheregular@yahoo.com>

**To:** ireport@cnn.com

DEAR CNN:

HERE IS A STORY THAT MAYOR RICHARD M. DALEY (MAYOR OF CHICAGO, IL) TRIED TO COVER UP! MY NAME IS FRANCINE YATES.

----- Forwarded Message ----

From: franki yates <beyondtheregular@yahoo.com>

To: producers@newschannel9.com

Sent: Monday, April 7, 2008 1:02:37 PM

Subject: breaking news

HELLO, MY NAME IS FRANCINE YATES. I WAS AN EMPLOYEE WITH THE CHICAGO TRANSIT AUTHORITY UNTIL I WAS CORPROATE DOWN-SIZED IN 2004 FOR FILING A SEXUAL HARASSMENT LAW SUIT AGAINST MY MANAGER, ERNEST PAYNE, A DEACON IN BARACK OBAMA'S CHURCH. THE CASE ESCALATED TO MANY CHARGES OF EMPLOYMENT DISCRIMINATION AND RETALIATION. AS OF NOVEMBER 2007, I HAD TO FILE A PETITION FOR REHEARING WITH THE APPELLATE COURT. MY PETITION FOR REHEARING WAS DENIED. IT APPEARS THAT EITHER MAYOR DALEY AND/OR RONALD HUBERMAN PAID OFF A GROUP OF APPELLATE JUDGES TO DISMISS MY CHARGE. DURING THE MIDDLE OF NOVEMBER 2007, I STARTED RECEIVING A LOT OF EMAILS FROM RONALD HUBERMAN. MANY OF THEM WERE CYBER HARASSMENT EMAILS AND SOME CONTAINED CONTENT THAT WAS SEXUAL IN NATURE WHILE OTHERS WERE TRYING TO COERCE ME INTO EMBEZZLING MONEY IN ORDER TO RECEIVE MY LAWSUIT SETTLEMENT. AN ILLEGAL WIRE TAP WAS PLACED ON MY CELL PHONE, MY GIRFIREND'S TELEPHONE AND MY PUBLIC STORAGE BIN HAS BEEN ACCESSED. RONALD HUBERMAN HAS ALSO ILLEGALLY

*EXHIBIT A*

GAINED ACCESS TO MY EMAIL ACCOUNT.  ALSO, RONALD HUBERMAN
SENT AN UNDERCOVER COP TO FOLLOW ME AROUND AND HARASS
ME. SHE CAME INTO THE HOMELESS FACILITY AT THE PACIFIC
GARDEN MISSION ON CANAL STREET WHERE I PRESENTLY LIVE AND
WAS USING AN ALIAS BY THE NAME OF MIRIAM MARTINEZ. SHE IS
HALF BLACK AND HALF MEXICAN, BIG, OLD-FASHIONED GLASSES, A
BIG NOSE, ABOUT 5'2, LONG WAVY BLACK HAIR TO THE MIDDLE OF
HER BACK WITH STREAKS OF GRAY, CROOKED TEETH AND
GROTESQUE LOOKING STRECHMARKS ON THE ABDOMEN AS
IDENTIFYING MARKS. SHE STATED THAT SHE WAS AOBUT 40 YEARS
OLD.  ON GOOD FRIDAY OF THIS YEAR, I FILED A COMPLAINT AGAINST
HER WITH THE INDEPENDENT POLICE REVIEW BOARD FOR HARASSING
ME.  SHE LIVED IN THE PGM HOMELESS FACILITY SINCE

NOVEMBER/DECEMBER OF 2007 UNTIL JANUARY 25, 2008 UNTIL SHE
GOT INTO A FIGHT WITH A RESIDENT WHICH SHE INTIATED. SHE WAS
BARRED FROM THE FACILITY FOR 90 DAYS. I UNDERSTAND THAT THE
COPS WERE CALLED, BUT I AM NOT SURE IF A FORMAL ARREST WAS
MADE. I WAS TOLD THAT THERE WAS BLOOD, HAIR PULLED OUT AND
THAT MIRIAM MARTINEZ (OR WHOEVER SHE REALLY IS) WAS BEAT IN
THE HEAD WITH A PAY PHONE. SHE TOLD ME THAT RON HUBERMAN
SENT HER. SHE TOLD ME THAT I WOULD END UP DEAD ON THE SIDE
OF A ROAD IN GREECE. SHE MADE A STATEMENT THAT SHE WANTED
HER MONEY, REFERRING TO THE MONEY THAT SHE WAS TO RECEIVE
FROM HARASSING ME. SHE BECAME VERY COCKY. SHE ALSO STATED
THAT THEY COULD NOT LET ME BACK INTO CTA BECAUSE MAYBE I
SAW SOMETHING ON THE FUNDING REPORTS THAT I SHOULD NOT
HAVE SEEN. SHE MADE COMMENTS ABOUT RON AND MYSELF HAVING
THE SAME COLOR EYES WHICH APPEARED TO BE GREEN TO HER. SHE
ALSO MADE COMMENTS THAT RON WAS MY LOVER. I DISAGREED. I
HAVE NEVER MET HIM PERSONALLY AND HAVE BEEN LIVING AS A
HOMELESS PERSON FOR ALMOST THREE YEARS. ALSO, THE GREEN
LEG OF SOME TYPE OF ANIMAL IN THE DUCK FAMILY WAS CUT OFF
AND PLACED IN MY PATH. I HAVE ALSO RECEIVED EMAILS RELATED
TO WITCHCRAFT. SOME CULTURES USE BIRDS AND/OR CHICKENS
WHEN PERFORMING WITCHCRAFT. ALSO, MIRIAM TOLD ME THAT
RONALD HUBERMAN INTENDED TO MAKE ME A BILLIONARE. I DON'T
KNOW WHERE IN THE WORLD HE COULD HAVE GOTTEN A BILLION
DOLLARS FROM. ALSO, FRANK KRUESI, MAYOR RICHARD DALEY AND
RONALD HUBERMAN WERE NAMED IN MY PETITION FOR REHEARING
ASSOCIATED WITH CHARGES OF RETALIATION. MAYOR DALEY AND
RON HUBERMAN BOTH KNOW THAT I WORKED FOR HARRIS BANK
WHERE THE CTA PENSION PLAN WAS ONE OF MY ASSIGNED
ACCOUNTS. THEY ALSO KNOW THAT I KNOW ABOUT ALL THE MONEY
THAT WAS EMBEZZLED OUT OF THE CTA PENSION PLAN. THERE WERE
SOME INTERNAL ATTORNEYS IN CTA WHO CREATED A TYPE OF
FRAUDULENT POLICY FOR FRANK AND HE WALKED OFF THE PAYROLL
WITH MILLIONS. ALSO, SOME OF THE EMAILS THAT RON HUBERMAN
SENT ME CONTAINED HARASSING MESSAGES STATING THAT I SHOULD
JUMP IN FRONT OF A CTA TRAIN. I THINK HE WANTED BE TO COMMIT
SUICIDE SO THAT ALL OF HIS PROBLEMS COULD GO AWAY. HE ALSO
SENT EMAIL CONTENT CONTAINING WHEELCHAIRS AND HAVING
SOME TYPE OF VEHICLE ACCIDENTS. THE EMAILS WERE BEING SENT
OVER TO LOOK LIKE JUNK MAIL, HOWEVER, SOME EMAILS HAD LIVE
EMAIL ADDRESSES THAT YOU COULD EMAIL BACK TO. IN ONE EMAIL
ADDRESS HE ASKED IF I WOULD LICK THE CHOCALATE OFF OF HIS
PENIS. ALSO, I WAS CONFUSED BECAUSE I READ SOME STUFF ON A
MEDIA WEBSITE STATING THAT HE MIGHT BE GAY, SO I WAS
CONFUSED WHEN HE SENT ME THE SEXUAL EMAILS. I ASKED THE COP
THAT WAS FOLLOWING ME. SHE TOLD ME THAT HE PERPETUATED
THE FACT THAT HE WAS GAY TO PROTECT HIS CREDIBILITY IN ORDER
TO FIGHT OFF THE WOMEN BECAUSE HE INTENDS TO BECOME THE
NEXT MAYOR OF CHICAGO. ALSO, HE HAS A COPY OF MY MEDICAL
RECORDS FROM STROGER'S HOSPITAL BECAUSE SOMETHING I WAS
TREATED FOR EARLIER LAST YEAR SHOWED UP ON MY EMAIL. ALSO,
PASTOR PHIL AT THE PGM HOMELESS FACILITY WAS EITHER PUNKED
OR PROMISED SOMETHING BECAUSE HE AS WELL AS SOME OF THE
OTHER PREACHERS HAVE BEEN HARASSING ME BY PREACHING MY

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

LIFE AND HAVING SOME OF THE STAFF/PROGRAM WOMEN WATCH ME
AND REPORT PERSONAL THINGS LIKE SEEING A TAMPON FALL OUT OF
MY PURSE. I THINK HE IS TRYING TO MAKE ME SENSITIVE SO THAT I
WOULD NOT WANT TO RETURN TO WORK. YES, I WANT MY JOB BACK,
WHO DO THEY THINK THAT THEY ARE. I DON'T NOT HAVE ANY
MONEY TO TYPE THIS NEWSBREAK UP FORMERELY OR CALL BECAUSE
I AM BROKE, COLD, HUNGRY AND HOMELESS. PLEASE DO NOT
IGNORE ME BY COVERING UP THIS STORY. I HAVE EVERY RIGHT TO
FIGHT FOR MY RIGHTS. MAYOR DALEY HAS A LOT OF BLOOD ON HIS
HANDS. WHAT GIVES ANYONE THE RIGHT TO DESTROY THE LIFE OF
ANOTHER JUST BECAUSE THEY THINK THEY CAN.

You rock. That's why Blockbuster's offering you one month of
Blockbuster Total Access, No Cost.

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Previous | Next | Back to Messages    Select Message Encoding    | Full Headers

----- Forwarded Message ----
From: Oprah.com <Oprah.com@oprah.com>
To: beyondtheregular@yahoo.com
Sent: Wednesday, April 9, 2008 8:36:15 AM
Subject: Oprah.com has received your e-mail

Dear Francine Yates ,

Thank you for your e-mail!  Your  message is important to us.  Unfortunately, due to the volume of e-mail messages we receive every day, we cannot guarantee that you'll receive a personal response.  Feel free to check out our Frequently Asked Questions for additional help.
http://www.oprah.com/tows/program/tows_prog_main.jhtml

Thanks again for writing to us!

Sincerely,
The Oprah.com Staff
www.oprah.com

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

EXHIBIT B