08cv4363
JUDGE KENNELLY
**DISTR** MAG. JUDGE KEYS

FILED
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: FRANCINE YATES
(Please print)

STREET ADDRESS: 14114 S. Edbrooke Avenue

CITY/STATE/ZIP: Riverdale, IL 60827

PHONE NUMBER: (312) 251-5635

CASE NUMBER: _____

_Francine Yates_     7/31/08
Signature              Date