10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
JUL 3 1 2008
JUL 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

_FRANCINE YATES_
Plaintiff

v.

_ABC, CBS, NBC, WFLD, WGN, Chicago Sun-Times, CNN, CTA, The Oprah Winfrey Show, City of Chicago, State of Illinois, Chicago Tribune_
Defendant(s)

08cv4363
JUDGE KENNELLY
MAG. JUDGE KEYS

CASE NUMBER

JUDGE

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, _FRANCINE YATES_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _____

2. Are you currently employed?   ☒Yes   ☐No   _(TRYING TO TRANSITION FROM Homelessness)_
   Monthly salary or wages: _Summer Job Only: July = $272.25 August = $152.50_
   Name and address of employer: _Convention Connection Center 500 N. Dearborn Street, Chicago, IL 60610 (312)836-0240 x362_

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount________________ Received by________________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount________________ Received by________________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☒No
Amount________________ Received by________________

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount________________ Received by________________

f. ☐Any other sources (state source:________________) ☐Yes ☒No
Amount________________ Received by________________

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:________
In whose name held:________________ Relationship to you:________________

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:________________ Current Value:________________
In whose name held:________________ Relationship to you:________________

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:________________
Type of property:________________ Current value:________________
In whose name held:________________ Relationship to you:________________
Amount of monthly mortgage or loan payments:________________
Name of person making payments:________________

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:________________
Current value:________________
In whose name held:________________ Relationship to you:________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
________________________________
________________________________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7/31/08

*Francine Yates*
Signature of Applicant

FRANCINE YATES
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____           _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

                            _____
                            (Print name)

rev. 10/10/2007